IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEGAN E. KIESSLING, et al.,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

CIVIL ACTION
NO. 18-4281

## ORDER

**AND NOW**, this 14th day of February 2019, upon consideration of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. No. 4) and Plaintiffs' Response in Opposition (Doc. No. 5), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED**. Count III of Plaintiffs' Complaint is **DISMISSED** without prejudice. Plaintiff is granted leave to file an amended complaint with respect to Count III by **March 7, 2019.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.